In the Matter of J. Ward GUILDAY.

Petition for Reinstatement.

No. 11 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 9, 1999.

***ORDER***

PER CURIAM:

AND NOW, this 9th day of August, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated June 15, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

David Wayne TURMAN, Respondent.

No. 344 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 9, 1999.

***ORDER***

PER CURIAM:

AND NOW, this 9th day of August, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 26, 1999, it is hereby

ORDERED that DAVID WAYNE TURMAN be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day, he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.